UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. BENSON, MARYLAN J. BENSON, DONALD BENSON FAMILY LLC | Case. No. CIV.S – 04 - 1249 |
| Plaintiffs, | |
| v. | ORDER, DISMISSING DONALD E. BENSON AS PLAINITFF [FRCP RULE 25] |
| CREST ENERGY, INC., a business entity form unknown, CREST OIL & GAS MANAGEMENT CORP., a business entity form unknown, CREST OIL NATURAL GAS MANAGEMENT CORP., a business entity form unknown, NQ TX QUIBONO, a business entity form unknown, EDWIN P. HORAN 111 and DOES 1 through 100, inclusive, | |
| Defendants. _____/ | |

| | |
|---|---|
| Barry G. Coleman, Esq. (CSB # 75383) | Gregory J. Brod (CSB # 184456) |
| Larry Rothman & Associates | BROD LAW FIRM, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2400 E. Katella, Suite 320 | 633 Battery Street, Suite 640 |
| Anaheim, CA 92806 | San Francisco, CA 94111 |
| FAX (714) 363-0229 | FAX (415) 397-2121 |
| _____/ | |

## ORDER, DISMISSING DONALD E. BENSON AS PLAINTIFF

Pursuant to FRCP Rule 25, and the NOTICE TO THE COURT OF

SUGGESTION OF DEATH ("Notice") filed and served by Defendant/Counter-Claimant

CREST OIL & GAS MANAGEMENT CORP. ("CREST") on September 16, 2005,

PDF created with pdfFactory trial version www.pdffactory.com

DONALD E. BENSON was to be dismissed as a Plaintiff to this action unless a substitution of parties was made on his behalf within 90 days of September 16, 2005.

As the prescribed 90-day period has elapsed and no request for a substitution of parties has been made, DONALD E. BENSON is hereby dismissed as a plaintiff from the First Amended Complaint For Damages, with prejudice.


/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.


Signed at Sacramento, California, on January 4, 2006

2

PDF created with pdfFactory trial version www.pdffactory.com

_____

**Certificate of Service**

I hereby certify that on this 21st day of December, 2005, I served by first-class mail, postage pre-paid, a true copy of the foregoing [PROPOSED] ORDER, DISMISSING DONALD E. BENSON AS PLAINTIFF thereof on counsel for Plaintiffs/Counter-Defendants listed below:

Larry Rothman, Esq.
Larry Rothman & Associates
2400 E. Katella, Suite 320
Anaheim, CA 92806
FAX (714) 363-0229

Attorney for Defendant/Counter-Claimant

_____

Gregory Brod

3

PDF created with pdfFactory trial version www.pdffactory.com