UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONALD E. BENSON, MARYLAN J. BENSON,
DONALD E. BENSON FAMILY LCC,

        Plaintiffs,                CIV S-04-1249 FCD PAN (JFM)

        v.

CREST ENERGY, INC., et al,                ORDER

        Defendants.

        Defendants' motion to compel plaintiffs to produce further initial disclosures and for sanctions, pursuant to Fed. R. Civ. P. 26(a)(1) and 37(a), came on regularly for hearing on March 30, 2006. Larry Rothman appeared on behalf of plaintiffs; Gregory Brod appeared for defendants. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Plaintiffs timely made initial disclosures naming one witness, plaintiff Marylan Benson; providing all "accountings, correspondence and agreements" within their possession; and stating that their damages are "Unknown, but in excess of $350,000.00 plus punitive damages. These include initial investments, and all funds owed plaintiffs that have not been accounted for as well as punitive damages." Plaintiffs' counsel repeatedly stated at the

hearing that, absent an accounting by defendants, which he is seeking, the only documents plaintiffs possess or have access to regarding their damages in this action are plaintiffs' investment check(s) in defendant companies.

Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure requires parties to disclose "a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered." (Id.)  Further disclosure is required, but plaintiffs' counsel has represented that plaintiffs have very little additional material to provide.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to compel discovery and for sanctions, filed January 27, 2006, is granted in part.  Plaintiffs shall produce to defendants, within ten days from the date of service of this order, copies of all check(s) in their possession, or which they can obtain with diligent effort, demonstrating plaintiffs' investment in defendant companies.  Other than those documents, if produced, plaintiffs should be barred from offering at trial, for the purpose of computing plaintiffs' damages, any other documents currently in the possession of plaintiffs, their attorneys, or accountants, or obtainable with diligent effort. All other motions for expenses and/or sanctions are denied.

DATED:  March 31, 2006.

UNITED STATES MAGISTRATE JUDGE

006:bens1249.ord